STATE OF NEW JERSEY v. MARCO WAN.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY DEAN THOMAS.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN DUNLEAVY.

June 20, 1983.

Petition for certification denied.

IN THE MATTER OF CONTEMPT OF COURT—ROBERT I.
GOODMAN, AN ATTORNEY AT LAW OF THE
STATE OF NEW JERSEY.

June 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILBERT WESCOTT.

June 20, 1983.

Petition for certification denied.